# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH L. SALAZAR, SECRETARY of the INTERIOR; and ROWAN GOULD, DIRECTOR U.S. FISH and WILDLIFE SERVICE,<br><br>Defendants. | CASE NO. 09-cv-0051-JM-JMA<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE TELEPHONIC CASE MANAGEMENT CONFERENCE**<br><br>**[Doc. 17]** |

This matter came before the Court on the parties' Joint Motion To Continue Telephonic Case Management Conference For Thirty Days. The Court finds that for good cause shown, the telephonic Case Management Conference currently set for July 8, 2009, shall be continued as stipulated and requested by the parties, to **August 27, 2009** at **9:00 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

Dated: June 30, 2009

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

Order Granting Joint Motion To Continue CMC          1          09-cv-051-JM-JMA