1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | CASE NO. 09-cv-051-JM-JMA |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE TELEPHONIC CASE MANAGEMENT CONFERENCE FOR THIRTY DAYS [Doc. 19]** |
| KENNETH L. SALAZAR, SECRETARY of the INTERIOR; and ROWAN GOULD, DIRECTOR U.S. FISH and WILDLIFE SERVICE, | |
| Defendants. | |

10
11
12
13
14
15

16   This matter came before the Court on the parties' Joint Motion To Continue Telephonic

17 Case Management Conference For Thirty Days.  The Court finds that for good cause shown, the

18 telephonic Case Management Conference currently set for August 27, 2009, shall be continued

19 as stipulated and requested by the parties.  To allow the parties additional time to discuss

20 potential settlement of the above-captioned action, the Case Management Conference presently

21 set for August 27, 2009 shall be continued to **September 29, 2009** at **10:00 a.m.**  Counsel for

22 each party shall participate in the conference.  The Court will initiate the conference call.

23   **IT IS SO ORDERED.**

24 Dated:  August 24, 2009                              _____

25                                                      Jan M. Adler
                                                       UNITED STATES MAGISTRATE JUDGE
26
27
28