UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH L. SALAZAR, SECRETARY of the INTERIOR; and ROWAN GOULD, DIRECTOR U.S. FISH and WILDLIFE SERVICE,<br><br>Defendants. | CASE NO. 09-cv-051-JM-JMA<br><br><br>**ORDER ADOPTING SETTLEMENT AND DISMISSING LAWSUIT WITH PREJUDICE** |

Pending before the Court is the parties' Settlement Agreement ("Agreement"). Having reviewed the document, the Court hereby **ADOPTS** the terms and conditions of the Agreement as an enforceable Order of this Court, and accordingly **DISMISSES** this case with prejudice.

Pursuant to the parties' consent to jurisdiction, the Court shall retain jurisdiction pursuant to paragraph 15 of the Agreement to enforce the terms of the settlement.

**IT IS SO ORDERED.**

November 17, 2009

_____
HON. JEFFREY T. MILLER
United States District Court
Southern District of California